934

No. 1, Original. NEW MEXICO v. COLORADO. It is ordered that *Joseph C. Thoma* of Washington, D. C., be, and he is hereby, appointed Boundary Commissioner in this case in the place of *Arthur D. Kidder,* deceased.

No. 832, Misc. HARRISON v. SETTLE, WARDEN; and No. 839, Misc. MOSES v. SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY. Motions for leave to file petitions for writs of habeas corpus denied.

No. 853, Misc. BAILEY v. HUXMAN, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 833, Misc. HUNTER v. BIBB, DIRECTOR, DEPARTMENT OF PUBLIC SAFETY, ET AL. Motion for leave to file petition for writ of mandamus and other relief denied.

No. 836, Misc. KNIGHT v. RAGEN, WARDEN, ET AL. Motion for leave to file petition for writ of prohibition and other relief denied.

No. 77, Misc. GREENE v. UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. *James H. Heller* for petitioner. *Solicitor General Rankin, Warren Olney, III,* then Assistant Attorney General, *Roger Fisher* and *Beatrice Rosenberg* for the United States.